UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  03-cv-02595-WDM-PAC

MOLLY A. NOLAND,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**ORDER**

Miller, J.

This matter is before me on plaintiff's Motion for an Award of Attorney's Fee Under 42 U.S.C. § 406(b).  Plaintiff's counsel seeks an award of 25% ($18,766.75) of the past-due benefits received by plaintiff upon the condition of refunding to plaintiff the previously awarded fee of $4,941.09 under the Equal Access to Justice Act.  The defendant responds and does not object.  The defendant has retained the $18,766.75 from the amount otherwise due plaintiff.

Plaintiff's motion does not strictly comply with D.C.COLO.LCivR 54.3 or § 7 of my Pretrial and Trial Procedures as it contains no affidavit concerning the reasonableness of the hours spent and hourly rates.  Nevertheless, given my familiarity with social security cases and the information provided by plaintiff's counsel as an officer of this court, I conclude that I have sufficient information to award fees without strict compliance with this court's local rules or my procedures.

Based upon *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), and a review of this file, I agree with plaintiff that her counsel is entitled to the requested fee.

Accordingly, it is ordered that:

1. Plaintiff's motion for an award of attorneys' fees under 42 U.S.C. § 406(b) is granted; and

2. Defendant is ordered to disburse the $18,766.75 retained by her as follows: $13,825.66 to plaintiff's counsel Patrick C.H. Spencer, II, and $4,941.09 to the plaintiff as a refund for the previously awarded fee under the Equal Access to Justice Act.

DATED at Denver, Colorado, on October 20, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge